UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SUSAN J. SADLER,
    Plaintiff,

v.                                        Case No:   2:15-cv-351-FtM-38MRM

NATIONSTAR MORTGAGE LLC,
    Defendant.
_____/

## ORDER

This matter comes before the Court on Plaintiff Susan J. Sadler's Motion to Compel Discovery Responses from Defendant (Doc. 24) filed on December 11, 2015.  Defendant Nationstar Mortgage LLC filed a Response to Plaintiff's Motion to Compel Discovery Response From Defendant (Doc. 36) on December 29, 2015.  The Court conducted a hearing on Plaintiff's Motion on January 19, 2016.

Accordingly, **IT IS HEREBY ORDERED**:

For the reasons stated on the record at the hearing, the Motion to Compel Discovery Responses from Defendant (Doc. 24) is **GRANTED IN PART** and **DENIED IN PART**, as stated on the record at the hearing.  Additionally, for the reasons stated on the record, the parties' cross Motions for Attorney's Fees and Costs are **DENIED**.

**DONE AND ORDERED** in Fort Myers, Florida on January 19, 2016.

_/s/ Mac R. McCoy_
MAC R. MCCOY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record/Unrepresented Parties