UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SUSAN J. SADLER,

       Plaintiff,

v.                                         Case No:   2:15-cv-351-FtM-38MRM

NATIONSTAR MORTGAGE, LLC
and EXPERIAN INFORMATION
SOLUTIONS, INC.,

       Defendants.
_____/

**ORDER**[1]

    This matter comes before the Court on review of the parties' Stipulation of Dismissal with Prejudice (Doc. 88) filed on February 9, 2017. This case has been consolidated with *Sadler v. Nationstar Mortgage LLC*, 2:16-cv-00370-SPC-CM, and *Sadler v. Experian Information Solutions, Inc.*, 2:16-cv-534-FtM-38MRM. Thus, the Stipulation in this case will apply equally to the member cases as well.

    Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action voluntarily if a stipulation of dismissal is signed by all parties who have appeared. This dismissal is effective upon filing and requires no further action by the Court. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). Here, the parties

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

stipulate to dismissing this case with prejudice and with each side to bear their own attorney's fees and costs.

Accordingly, it is now

**ORDERED:**

1. This case, as well as *Sadler v. Nationstar Mortgage LLC*, 2:16-cv-00370-SPC-CM, and *Sadler v. Experian Information Solutions, Inc.*, 2:16-cv-534-FtM-38MRM are **DISMISSED** with prejudice.

2. The Clerk of Court is **DIRECTED** to place a copy of this Order in the member case files, enter judgment accordingly, terminate all pending motions and deadlines, and close the files.

**DONE** and **ORDERED** in Fort Myers, Florida this 10th day of February, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record